# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PAT L. VASQUEZ, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01758-OWW-LJO PC<br><br>ORDER STRIKING SUBPOENAS FILED BY PLAINTIFF FROM RECORD<br><br>(Doc. 9) |

    On January 23, 2007, plaintiff filed a subpoena duces tecum and a subpoena ad testificandum. Plaintiff's subpoenas, which are on California Judicial Council forms, are premature, as discovery is not yet open and this matter is not set for hearing or trial. If this matter reaches a juncture at which the issuance of any type of subpoena is necessary, the court will direct the Clerk's Office to issue the subpoena(s) by order. At this time, plaintiff has not yet been granted leave to proceed in forma pauperis and his complaint has not been screened by the court and found to state cognizable claims under federal law. Until (1) plaintiff either pays the filing fee in full or files a completed application to proceed in forma pauperis, and (2) plaintiff's complaint is screened and found to state a claim for relief under federal law, no subpoenas will issue.

///
///
///
///
///

Based on the foregoing, plaintiff's subpoenas are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   January 30, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE

2