# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PAT L. VASQUEZ, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01758-OWW-NEW (DLB) PC<br><br>ORDER STRIKING UNTIMELY OBJECTION<br><br>(Doc. 20) |

Plaintiff Lee Edward Peyton ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2007, the Court issued a Findings and Recommendations and plaintiff was provided thirty days within which to object. On March 21, 2007, the Honorable Oliver W. Wanger issued an Order adopting the Findings and Recommendations. On March 27, 2007, plaintiff filed an Objection.

Plaintiff's Objection was untimely and by the time it was filed, Judge Wanger had already issued an Order addressing the Findings and Recommendations. Accordingly, plaintiff's Objection is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **April 9, 2007**     /s/ **Dennis L. Beck**
3b142a     UNITED STATES MAGISTRATE JUDGE

1