# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON, | CASE NO. 1:06-cv-01758-OWW-NEW (DLB) PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 22) |
| PAT L. VASQUEZ, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Lee Edward Peyton ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 12, 2007, plaintiff filed a document directed to the undersigned entitled "Notice and Motion of Diligent Compliance."  The filing pertains to plaintiff's efforts to have the prison trust account office complete an application to proceed in forma pauperis for him.  On April 30, 2007, the Court received and filed a completed application to proceed in forma pauperis for plaintiff and the Magistrate Judge issued an order granting the application.

Accordingly, plaintiff's motion filed on April 12, 2007, is moot and is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    May 8, 2007**                              _____/s/ Oliver W. Wanger_____
                                                                      UNITED STATES DISTRICT JUDGE

1