UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE PEYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PAT L. VASQUEZ, et al.,<br><br>    Defendants. | 1:06-cv-01758-OWW-NEW (DLB) PC<br><br>ORDER STRIKING DUPLICATIVE MOTION FOR EXTENSION OF TIME (Doc. 34)<br><br>ORDER GRANTING MOTION FOR THIRTY-DAY EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER OF MAY 16, 2007 (Doc. 33) |

On May 16, 2007, the court issued an order requiring plaintiff to either file a second amended complaint or notify the court of his willingness to proceed only on the claims that had been found to be cognizable by the court. On June 21, 2007, plaintiff filed a motion seeking an extension of time to file a second amended complaint. On July 18, 2007, plaintiff filed a second motion seeking an extension of time.

Plaintiff's second motion, filed on July 18, 2007, is HEREBY STRICKEN from the record as duplicative. Plaintiff's first motion, filed on June 21, 2007, is HEREBY GRANTED, and plaintiff has **thirty (30) days** from the date of service of this order within which to either file a second amended

///

///

///

///

complaint or notify the court of his willingness to proceed only on his cognizable claims, in compliance with the court's order of May 16, 2007.

IT IS SO ORDERED.

Dated: **July 27, 2007**          **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE