1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   LEE EDWARD PEYTON,                         CASE NO. 1:06-cv-01758-OWW-GSA PC

10                        Plaintiff,           ORDER ADDRESSING MOTION

11          v.                                 (Doc. 40)

12   PAT L. VASQUEZ, et al.,

13                        Defendants.
     _____/

14

15          Plaintiff Lee Edward Peyton ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 30, 2008, Plaintiff filed

17   a motion requesting that his amended complaint be screened.

18          The Court is aware of the pendency of Plaintiff's amended complaint.  As Plaintiff was

19   previously informed, the amended complaint will be screened in due course.  (Doc. 27, First Info.

20   Order.)  Plaintiff's motion is HEREBY DEEMED ADDRESSED.

21
22

23          IT IS SO ORDERED.

24      **Dated:    April 24, 2008**              _____/s/ **Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE
25

26
27
28

                                              1