# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>   Plaintiff,<br><br> v.<br><br>PAT L. VASQUEZ, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:06-cv-01758-OWW-GSA PC<br><br>ORDER DENYING MOTION FOR STAY, AND GRANTING SIXTY-DAY EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT<br><br>(Doc. 45)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES OF SCREENING ORDERS AND SECOND AMENDED COMPLAINT<br><br>(Docs. 32, 37, and 44) |

  Plaintiff Lee Edward Peyton ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2008, the Court dismissed Plaintiff's second amended complaint, with leave to amend within thirty days. On October 9, 2008, Plaintiff filed a motion seeking to stay this action due to his return to custody for an alleged parole violation.

  Plaintiff should be able to draft a third amended complaint setting forth his claims given that the events giving rise to Plaintiff's claims are within his personal knowledge. The third amended complaint should contain a short and plain statement of each claim against each defendant. Fed. R. Civ. P. 8(a). Legal arguments and citations should not be included. The purpose of the complaint is to place defendants on notice as to the bases of the claims against them. The case should not be argued in the complaint or via exhibits.

1

The Court will direct the Clerk's Office to provide Plaintiff with copies of its screening orders and the second amended complaint. Plaintiff shall file a third amended complaint which complies with the Court's directives within sixty days.

For the reasons set forth herein, it is HEREBY ORDERED that:

1. Plaintiff's motion for a stay is DENIED;
2. The Clerk's Office shall provide Plaintiff with copies of its screening orders and the second amended complaint (court documents 32, 37, and 44); and
3. Within **sixty (60) days** from the date of service of this order, Plaintiff shall file a third amended complaint in compliance with the Court's order of September 5, 2008.

IT IS SO ORDERED.

Dated:   **November 10, 2008**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE