# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>   Plaintiff,<br><br>   v.<br><br>PAT L. VASQUEZ, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:06-cv-01758-OWW-GSA PC<br><br>ORDER (1) GRANTING PLAINTIFF'S MOTION TO PROCEED ON HIS COGNIZABLE EXCESSIVE FORCE CLAIMS IN FIRST AMENDED COMPLAINT, (2) DEEMING SECOND AMENDED COMPLAINT WITHDRAWN, (3) DISMISSING NON-COGNIZABLE CLAIMS, AND (4) REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR ISSUANCE OF SERVICE DOCUMENTS<br><br>(Doc. 47) |

Plaintiff Lee Edward Peyton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983 on December 6, 2006. (Doc. 1.) On May 16, 2007, the Court screened Plaintiff's first amended complaint, and found that it stated cognizable claims for relief against Defendants Kuykendall, Wilson, Garcia, Kirby, Elias, and Holbuin for use of excessive physical force, in violation of the Eighth Amendment, but did not state any other claims upon which relief may be granted under section 1983. 28 U.S.C. § 1915A. (Docs. 5, 32.) Plaintiff was ordered to either file a second amended complaint or notify the Court of his willingness to proceed only on his cognizable excessive force claims. (Doc. 32.)

On August 14, 2007, Plaintiff filed a second amended complaint. (Doc. 37.) On September 5, 2008, the Court dismissed Plaintiff's second amended complaint for failure to comply with Federal Rule of Civil Procedure 8(a) and ordered Plaintiff to file a third amended complaint within

1  thirty days. (Doc. 44.) On October 9, 2008, Plaintiff moved to stay this action due to his return to
2  custody for a parole violation. (Doc. 45.) The Court denied the motion for a stay and granted
3  Plaintiff a sixty-day extension of time on November 10, 2008. (Doc. 46.) On November 26, 2008,
4  Plaintiff filed a notice of his willingness to proceed on his cognizable excessive force claims against
5  Defendants Kuykendall, Wilson, Garcia, Kirby, Elias, and Holbuin, and a motion that he be allowed
6  to do so. (Doc. 47.)

Pursuant to Plaintiff's notice and motion, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed on his cognizable excessive force claims, filed November 26, 2008, is GRANTED;
2. Plaintiff's second amended complaint, filed August 14, 2007, is deemed withdrawn;
3. This action shall proceed on Plaintiff's first amended complaint, filed January 3, 2007, against Defendants Kuykendall, Wilson, Garcia, Kirby, Elias, and Holbuin for use of excessive physical force, in violation of the Eighth Amendment;
4. Plaintiff's Eighth Amendment medical care and failure to protect claims, denial of access to the courts claims, and retaliation claims are dismissed from this action, without prejudice, for failure to state any claims upon which relief may be granted;
5. Plaintiff's claim for injunctive relief is dismissed for failure to state a claim and this action shall proceed as one for money damages only; and
6. This matter is referred back to the Magistrate Judge for issuance of summonses and USM-285 forms.

IT IS SO ORDERED.

**Dated:   December 2, 2008**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE