# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>  Plaintiff,<br><br>  v.<br><br>PAT L. VASQUEZ, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:06-cv-01758-OWW-GSA PC<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SERVICE DOCUMENTS AND COPIES<br><br>(Doc. 50) |

   Plaintiff Lee Edward Peyton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 12, 2009, Plaintiff filed a motion seeking issuance of the summonses and USM-285 forms to initiate service of process and a copy of all exhibits related to this case.

   Pursuant to Judge Wanger's order filed on December 4, 2008, this action is ready for the initiation of service and Plaintiff's motion for summonses and USM-285 forms is granted. By virtue of the separate order directing the Clerk's Office to issue the service documents, Plaintiff will be provided with a copy of his first amended complaint. However, any further copies must be purchased from the Clerk's Office at fifty cents per page.

   Accordingly, Plaintiff's motion is granted in part and denied in part as set forth herein.

   IT IS SO ORDERED.

   Dated: **January 16, 2009**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1