IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE PEYTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAT L. VASQUEZ, et al.,<br><br>    Defendants.<br>_____/ | 1:06-cv-01758 OWW GSA (PC)<br><br>ORDER GRANTING DEFENDANTS KIRBY AND WILSON'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT<br><br>(DOCUMENT #58)<br><br>DEADLINE: MAY 20, 2009 |

On April 17, 2009, Defendants Kirby and Wilson filed a request to extend time to respond to Plaintiff's amended complaint. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1. Defendants' motion to extend time to respond to Plaintiff's amended complaint is GRANTED; and

    2. Defendants shall file their response on or before May 20, 2009.


IT IS SO ORDERED.

Dated: **April 21, 2009**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE